B2500A (Form 2500A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re**　　Case No. **23-10469**
SHANEIKA R. HOLT

　　Chapter **13**

**Debtor(s)**　　Adversary Proceeding No. **23-05030**
SHANEIKA R. HOLT

**Plaintiff(s)**
　　**v.**
HARPETH FINANCIAL SERVICES, LLC

**Defendant(s)**

## CERTIFICATE OF SERVICE

I, ROBERT B. VANDIVER, JR.　　(name), certify that service of this summons and a copy of the complaint was made May 30, 2023　　(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Debtor, Debtor's Attorney, Chapter 13 Trustee, 250 N. Parkway, Suite 1, Jackson, TN 38305, Harpeth Financial Services, LLC, 100 Oceanside Drive, Nashville, TN 37204-2351, Registered Agents Inc as Registered Agent for Harpeth Financial Services, LLC, 116 Agnes Road, Suite 200, Knoxville, TN 37919, The Hill Firm PLLC, P.O. Box 150529, Nashville, TN 37215, Rob Hill as Registered Agent for The Hill Firm PLLC, 109 Kenner Ave, Suite

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of＿＿＿＿＿＿＿＿＿＿, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5/30/2023       Signature /s/ Robert B. Vandiver, Jr.

Print Name: Robert B. Vandiver, Jr.

Business Address: P.O. Box 906

Jackson, TN 38302