# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re  
Shaneika R. Holt

Case No.   23−10469   jlc  
Chapter   13

Debtor(s).  
Shaneika R. Holt  
Plaintiff(s),  
vs.  
Harpeth Financial Services, LLC  
Defendant(s).

Adv. Proc. No.  23−05030

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION RE FORM, MANNER AND SERVING OF NOTICE

4 – Motion For Default Judgment Filed by Robert B. Vandiver Jr. on behalf of Plaintiff Shaneika R. Holt (Vandiver, Robert) on July 24, 2023.

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **August 17, 2023 at  at  10:00 AM in the United States Bankruptcy Court, 111 S Highland, Room 342, Jackson, TN 38301**

   At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of  Hearing  has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

   Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007,9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a)**.**

**Lisa H. Haney  
CLERK OF COURT  
BY:  Deborah Pulse**

**Date:   July 25, 2023**

[ntchrgcomb13lf005]Order/Notice combined Rel 11−03